IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:16-cv-255 |
| v. | | JUDGE WALTER H. RICE |
| LUCILLE SHUE, *et al.*, | : | |
| Defendants. | | |

DECISION AND ENTRY OVERRULING WITHOUT PREJUDICE MOTION OF LUCILLE SHUE FOR DEFAULT JUDGMENT (DOC. #16)

Defendant Lucille Shue has filed a Motion for Default Judgment. Doc. #16. Federal Rule of Civil Procedure 55 sets forth a two-step process for obtaining a judgment by default. The clerk must enter the party's default *before* default judgment can be granted.

Shue has not yet applied to the clerk for an entry of default. Accordingly, her Motion for Default Judgment is premature, and is OVERRULED WITHOUT PREJUDICE to re-filing after default has been entered.

Date: September 9, 2016

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE